Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
KATHERINE ROSE DE LA CRUZ

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KATHERINE ROSE DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>AP ACCOUNT SERVICES, LLC, a Texas limited liability company; GARY L. DUDLEY, individually and in his official capacity; and CHARLES E. AMATO, individually and in his official capacity,<br><br>Defendants. | Case No. 5:13-CV-04762-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, KATHERINE ROSE DE LA CRUZ, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, KATHERINE ROSE DE LA CRUZ, hereby dismisses, with prejudice, all claims made by her against all Defendants in her Complaint filed herein on October 14, 2013.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated:  January 6, 2014                            /s/ Fred W. Schwinn
                                                                    Fred W. Schwinn, Esq.
                                                                    Attorney for Plaintiff
                                                                    KATHERINE ROSE DE LA CRUZ

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE          Case No. 5:13-CV-04762-PSG